UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C07-02480 EDL

James Olson

No. C

    Plaintiff(s),

v.

Tandberg Television, Inc., a corporation, and Ericsson, Inc., a corporation

    Defendant(s).

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5/14/07

_____
Signature

Counsel for PLAINTIFF
(Plaintiff, Defendant or indicate "pro se")