1  Cliff Palefsky, Esq. (State Bar No. 77683)
2  Keith Ehrman, Esq. (State Bar No. 106985)
   McGUINN, HILLSMAN & PALEFSKY
3  535 Pacific Avenue
   San Francisco, CA  94133
4  Telephone:  (415) 421-9292

5  Attorneys for Plaintiff
6  JAMES OLSON

7

8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13
                                    )   Case No.  C07-02480
14 JAMES OLSON,                     )       e-filing case
                                    )
15                Plaintiff,        )   NOTICE AND ACKNOWLEDGMENT
                                    )   OF RECEIPT
16 v.                               )
                                    )   FRCP Rules 4 and 5(b)
17                                  )
   TANDBERG TELEVISION, INC., a     )
18 corporation, and ERICSSON, INC., )
   a corporation,                   )
19                                  )
                                    )
20                Defendants.       )
   _____)

21

22 TO:   DEFENDANT TANDBERG TELEVISION, INC.

23       This Summons and other documents indicated below are being served pursuant to

24 Federal Rules of Civil Procedure 4 and 5(b).  This form must be signed by you personally

25 or by a person authorized by you to acknowledge receipt of Summons.

26

27

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Notice of Acknowledgment and
Receipt of Summons, Etc.

1

The Summons and other documents are deemed served on the date you sign the Acknowledgment of Receipt below.

DATED: May 11, 2007

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff

By: _____
Cliff Palefsky

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of:

1) Summons
2) Complaint
3) Order Setting Initial Case Management Conference and ADR Deadlines
4) Standing Order of Magistrate Judge Elizabeth D. Laporte
5) Standing Order Re Case Management Conference
6) Standing Order For All Judges of the Northern District of California – Contents of Joint Case Management Statement
7) Notice of Assignment of Case to a United States Magistrate Judge for Trial
8) Handbook entitled "Dispute Resolution Procedures in the Northern District of California"
9) U.S. District Court Northern California – ECF Registration Information Handout

Date of receipt: June 7 2007

CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER
Tandberg Television, Inc

By: _____
~~Stephen Hirschfeld~~
Geoffrey M. Hash