STEPHEN J. HIRSCHFELD (SBN 118068)
GEOFFREY M. HASH (SBN 227223)
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
E-mail: shirschfeld@cdhklaw.com
        ghash@cdhklaw.com

Attorneys for Defendant
TANDBERG TELEVISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLSON, | Case No. C07-02480 EDL |
| Plaintiff, | **DECLARATION OF GEOFFREY M. HASH** |
| vs. | **Case Mgmt. Conf:** Aug. 14, 2007 |
| TANDBERG TELEVISION, INC., a corporation, and TELEFONAKTIEBOLAGET LM ERICSSON, a corporation. | **FAC Filed:** June 8, 2007 |
| Defendants. | |

I, Geoffrey M. Hash, declare as follows:

1.  I am an attorney admitted to practice in the State of California and before this Court. I am an associate with the law firm of Curiale Dellaverson Hirschfeld & Kraemer, LLP, attorneys for Defendant Tandberg Television, Inc. (hereinafter "Tandberg"). The facts set forth herein are based on my own personal knowledge and if called as a witness, I could and would testify competently thereto.

2.  On Friday, June 29, 2007 both myself, and my assistant, Cheri McCaffrey, continuously attempted to log onto the www.canduscourts.gov in order to e-file Defendant Tandberg's Answer to Plaintiff's Complaint and we were both unsuccessful from the hours of

1  12:00 p.m. until approximately 5:30 p.m.

2      3.    I tried no less than 15 separate times to call the help line between 3:00 p.m. and 5:00 p.m. and was not able to get through as the phone line would ring continuously (the phone rang approximately 30 times on one call) and then the line would disconnect.

    4.    As a result of being unable to log on the court's website, Defendant Tandberg filed its Answer to Complaint with the Clerk's office. A true and correct copy of Defendant's Answer and Proof of Service is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 5, 2007, at San Francisco, California.

                                        s/ Geoffrey M. Hash
                                        GEOFFREY M. HASH

DECLARATION OF GEOFFREY M. HASH
CASE NO. C07-02480