Cliff Palefsky, Esq. (State Bar No. 77683)
Keith Ehrman, Esq. (State Bar No. 106985)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff
JAMES OLSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLSON,<br><br>   Plaintiff,<br><br>v.<br><br>TANDBERG TELEVISION, INC., a corporation, and TELEFONAKTIEBOLAGET LM ERICSSON, a corporation,<br><br>   Defendants. | Case No. C07-02480 EDL<br>e-filing case<br><br>STIPULATION CONTINUING DEADLINE FOR INITIAL DISCLOSURES<br><br>Fed. R. CIV. P. 26(a)1(E) |

COME NOW THE PARTIES HERETO, by and through their respective counsel, and hereby stipulate that the deadline for Initial Disclosures shall be continued from August 7, 2007 to August 30, 2007.

Stipulation Continuing Deadline
for Initial Disclosures

1

2     IT IS SO STIPULATED:

3

4 DATED: Aug. 8, 2007          Curiale
                                          DELLAVERSON, HIRSCHFELD

5                                            & KRAEMER LLP
                                           Attorneys for Defendant

6                                            Tandberg Television, Inc.

7

8                                            By: _____

9                                            ~~Stephen Hirschfeld~~
                                           Geoffrey M. Hash

10

11 DATED: August 3, 2007         McGUINN, HILLSMAN & PALEFSKY
                                           Attorneys for Plaintiff James Olson

12

13

14                                            By: _____

15                                            Cliff Palefsky

16

17

18

19

20

21

22

23

24

25

26

27

28 Stipulation Continuing Deadline
for Initial Disclosures