Cliff Palefsky, Esq. (State Bar No. 77683)
Keith Ehrman, Esq. (State Bar No. 106985)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff
JAMES OLSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES OLSON,

        Plaintiff,

v.

TANDBERG TELEVISION, INC., a corporation, and
TELEFONAKTIEBOLAGET LM ERICSSON, a corporation,

        Defendants.

Case No. C07-02480 PJH
e-filing case

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, Plaintiff JAMES OLSON and Defendants TANDBERG TELEVISION, INC. and TELEFONAKTIEBOLAGET LM ERICSSON, Plaintiff is aware of no other person or entity that has a financial interest in the subject matter in controversy or any other kind of

McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Plaintiff's Certification of
Interested Entities or Persons

1

interest that could be substantially affected by the outcome of the proceeding.

DATED: August 8, 2007

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff

By: _____
Keith Ehrman

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Plaintiff's Certification of
Interested Entities or Persons

## PROOF OF SERVICE

| | |
|---|---|
| CASE NAME: | Olson v. Tandberg Television, Inc. and Ericsson, Inc. |
| CASE NO.: | C07-02480 PJH |
| COURT: | U.S. District Court - Northern District of California |

I am employed in the City and County of San Francisco, California; I am over the age of eighteen years and not a party to the within action; my business address is 535 Pacific Avenue, San Francisco, California 94133. On the date last written below, I served the following documents:

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

(A) <u>By First Class Mail</u> - I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U. S. mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein following ordinary business practices.

(B) <u>By Personal Service</u> - I caused each such envelope to be delivered to a courier employed by Special T Delivery Service, with whom we have a direct billing account, who personally delivered each such envelope to the office of the addressee.

(C) <u>By Federal Express</u> - I caused each such envelope to be delivered to the Federal Express Corporation at San Francisco, California, with whom we have a direct billing account, to be delivered to the office of the addressee on the next business day.

(D) <u>By Facsimile</u> - I caused a copy of this document to be faxed to the parties noted at the fax numbers stated below. Attached hereto is a verification of reception.

| Type of Service | Addressee | Party |
|---|---|---|
| A | Stephen Hirschfeld<br>Geoffrey Hash<br>CURIALE DELLAVERSON<br>HIRSCHFELD & KRAIMER LLP<br>727 Sansome Street<br>San Francisco, CA 94111 | Defendant<br>Tandberg Television |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of August 2007 at San Francisco, California.

_Lorraine Hemenway_
Lorraine Hemenway

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Plaintiff's Certification of
Interested Entities or Persons

3