UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES OLSON

             Plaintiff(s),

TANDBERG TELEVISION, INC., a corporation,
             v.
and TELEFONAKTIEBOLAGET LM ERICSSON,
a corporation

             Defendant(s).

CASE NO. C 07 02480 PJH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    August 16, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Geoff Hash | Tandberg | (415) 835-9050 | ghash@cdhklaw.com |
| Geoff Hash | LME | (415) 835-9050 | ghash@cdhklaw.com |
| Cliff Palefsky | James Olson | (415) 421-9292 | uroy2@aol.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: August 10, 2007

                                      Attorney for Plaintiff

Dated: August 10, 2007

                                      s:/ Geoff Hash
                                      Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."