1   Cliff Palefsky, Esq. (State Bar No. 77683)
    Keith Ehrman, Esq. (State Bar No. 106985)
2   McGUINN, HILLSMAN & PALEFSKY
    535 Pacific Avenue
3   San Francisco, CA 94133
    Telephone: (415) 421-9292
4

5   Attorneys for Plaintiff
    JAMES OLSON
6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13                                      )   Case No.  C07-02480 PJH
14   JAMES OLSON,                       )       e-filing case
                                        )
15                 Plaintiff,           )   PLAINTIFF'S PROOF OF
                                        )   SERVICE OF SUMMONS ON
16   v.                                 )   FIRST AMENDED COMPLAINT,
                                        )   FIRST AMENDED COMPLAINT AND
17   TANDBERG TELEVISION, INC., a       )   OTHER INITIAL DOCUMENTS, AS ON
     corporation, and                   )   ATTACHED LIST, ON DEFENDANT
18   TELEFONAKTIEBOLAGET                )   TELEFONAKTIEBOLAGET LM
19   LM ERICSSON, a corporation,        )   ERICSSON
                                        )
20                 Defendants.          )
                                        )
21   _____)

22

23

24

25

26

27

28

Proof Of Service Of Summons And First Amended
Complaint On Defendant Telefonaktiebolaget LM Ericsson                    1

<u>Your Ref. Dossier No. Telefonaktiebolaget LM Ericson</u>
<u>Our Ref. JuBC2007/2220/BIRS</u>

ATTESTATION
**CERTIFICATE**

L´autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) que la demande a été exécutée*
*1) that the document has been served**
- le - (date)...............................
- **the (date)**              20 July 2007.............................................................
- á (localité, rue, numéro).......................
- **at (place, street, number)**.......   164 40 KISTA, Torshamnsgatan 23    ...............
.................................................................................................................
- dans une des formes suivantes prévues à l'article 5
- **in one of the following methods authorised by article 5**
      (a) selon les formes légales (article 5, alinéa premier, lettre a)*
      **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of artide 5 of the
      Convention***
      (b) selon la forme particulière suivante*
      **(b) in accordance with the following particular method***.......................................................
.................................................................................................................
      (c) par remise simple*
**X)**   **c) by delivery to the addressee, who accepted it voluntarily***

Les documents mentionnés dans la demande ont été remis à:
**The documents referred to in the request have been delivered to:**
            - (identité et qualité de la personne)
            - **(identity and description of person)**   .........      <u>Carl Olof Blomquist, authorized to sign</u>
                                                                        **for "Aktiebolaget LM Ericsson Finans"**


            - liens de parenté, de subordination ou autres, avec le destinataire de l´acte
            - **relationship to the addressee (family, business or other)**
2) que la demande n'a pas été exécutée, en raison des faits suivants*
**2) that the document has not been served, by reason of the following facts***
..............................

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les
frais dont le détail figure au mémoire ci-joint*
**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to
pay or reimburse the expenses detailed in the attached statement***

**Annexes**
Annexes
Pièces renvoyées:
**Documents returned:**

                                                            **Stockholm 25 July 2007.**

Le cas échéant, les documents justificatifs de l'exécution:         Signature et/ou cachet
**In appropriate cases, documents establishing the service:**      **Signature and/or stamp**

<u>Copies of the documents served, duly signed and witnessed,</u>
<u>are attached.</u>


----------------------------------------
Rayer les mentions inutiles
**Delete if inappropriate**

A

2007 -07- 19

POLISMYNDIGHETEN I
STOCKHOLMS LÄN
Delgivningssektionen

# LIST OF DOCUMENTS

Summary of the Document to be Served

Summons on First Amended Complaint

First Amended Complaint

Order Setting Initial Case Management Conference and ADR Deadlines

Standing Order dated June 4, 2003

Standing Order dated July 26, 2005

Standing Order Re Case Management Conference

Standing Order for All Judges of the Northern District of California

Notice of Assignment of Case to a United States Magistrate Judge for Trial

Declination to Proceed Before a Magistrate Judge
and
Request for Reassignment to a United States District Judge

Consent to Proceed Before a United States Magistrate Judge

Dispute Resolution Procedures in the Northern District of California

ECF Registration Information Handout

Translations