UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** August 16, 2007                          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2480 PJH

**Case Name:** James Olson v. Tandberg Television, Inc., et al.

**Attorney(s) for Plaintiff:**     Cliff Palefsky
**Attorney(s) for Defendant:**     Geoffrey M. Hash

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Not Reported

**PROCEEDINGS**

      Initial Case Management Conference-Held. Defense counsel's request to amend the answer of defendant Tandberg is unopposed and granted by the court. The amended answer shall be filed by August 24, 2007. The court refers the parties to mediation or a settlement conference with a magistrate judge to be completed by 12/21/07. Defense counsel to notify the court within 2 weeks by letter if client will agree to participate in mediation. If not the parties will be referred to a magistrate judge to conduct a settlement conference. The court sets a Further Case Management Conference on 1/10/08 at 2:30 p.m. A joint case management conference statement shall be filed by 1/3/08.

**Order to be prepared by:**    [] Pl [] Def [] Court

**Notes:**

**cc:** file; ADR