STEPHEN J. HIRSCHFELD (SBN 118068)
GEOFFREY M. HASH (SBN 227223)
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
TANDBERG TELEVISION, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| JAMES OLSON, <br><br> Plaintiff, <br><br> vs. <br><br> TANDBERG TELEVISION, INC., a corporation, and TELEFONAKTIEBOLAGET LM ERICSSON, a corporation. <br><br> Defendants. | Case No. C07-02480 PJH <br><br> E-FILING CASE <br><br> **CERTIFICATION OF NO INTERESTED PARTIES** <br><br> **Complaint Filed: May 9, 2007** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies, on behalf of Defendants TANDBERG TELEVISION, INC. and TELEFONAKTIEBOLAGET LM ERICSSON, that as of this date, other than the named parties, there is no such interest to report.

Dated: August 24, 2007

CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP

By: /s/ Geoffrey M. Hash
      Stephen J. Hirschfeld
      Geoffrey M. Hash
Attorneys for Defendants
TANDBERG TELEVISION, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON