UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES OLSON

        Plaintiff(s),

v.

TANDBERG TELEVISION, INC., a corporation
and
        Defendant(s).
TELEFONAKTIEBOLAGET LM ERICSSON, a corporation

Case No. C 07 02480 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 15- AUG- 2007

[Party] Kevin Cranman on behalf of Tandberg Television

Dated: August 10, 2007

s:/ Geoff Hash
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Dated: _____

Tara Hittelman on behalf of LME

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES OLSON

     Plaintiff(s),

v.

TANDBERG TELEVISION, INC., a corporation
and
     Defendant(s).
TELEFONAKTIEBOLAGET LM ERICSSON, a corporation

Case No. C 07 02480 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

                   [Party] Kevin Cranman on
                   behalf of Tandberg Television

Dated: August 10, 2007

                   s:/ Geoff Hash
                   [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Dated: 8/23/2007

                   Tara Hittelman on
                   behalf of LME

Rev. 12/05