CURIALE
DELLAVERSON
HIRSCHFELD
& KRAEMER
LLP

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

August 28, 2007

GEOFFREY M. HASH
Direct Dial: (415) 835-9050
ghash@cdhklaw.com

**VIA HAND DELIVERY**

Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Olson v. Tandberg Television, Inc., et al.*
     Case No: C-07-2480 PJH

Dear Judge Hamilton:

I write to inform you that Defendants Tandberg Television, Inc. and Telefonaktiebolaget LM Ericsson have both agreed to participate in private mediation with Plaintiff James Olson in connection with the above-named matter. We are currently working with Mr. Palefsky, Mr. Olson's counsel, in selecting a mediator and a date for the same for completion prior to the December 21, 2007 deadline.

Thank you for your assistance in this matter.

Sincerely,

Geoffrey M. Hash

GMH/
cc: Cliff Palefsky, Esq. (via facsimile)
    ADR Unit (via facsimile)

IT IS SO ORDERED

Phyllis J. Hamilton
United States District Judge

Date 8/29/07

3348309