1  STEPHEN J. HIRSCHFELD (SBN 118068)
   GEOFFREY M. HASH (SBN 227223)
2  CURIALE DELLAVERSON HIRSCHFELD
      & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA 94111
4  Telephone: (415) 835-9000
   Facsimile: (415) 834-0443
5  shirschfeld@cdhklaw.com
   ghash@cdhklaw.com
6
7  Attorneys for Defendants
   TANDBERG TELEVISION, INC. and
   TELEFONAKTIEBOLAGET LM ERICSSON
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| JAMES OLSON, | Case No. C07-02480 PJH |
| Plaintiff, | E-FILING CASE |
| vs. | **STIPULATION AND [PROPOSED] ORDER: CONTINUANCE OF THE CURRENT DEADLINE FOR THE COMPLETION OF MEDIATION** |
| TANDBERG TELEVISION, INC., a corporation, and TELEFONAKTIEBOLAGET LM ERICSSON, a corporation. | |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff James Olson ("Olson") and Defendants Tandberg Television, Inc. ("TANDBERG") and Telefonaktiebolaget LM Ericsson ("LME Ericsson") through their respective counsel. Olson, TANDBERG, and LME Ericsson are also referred to in this Stipulation and [Proposed] Order as the "parties" or a "party."

    A.    Whereas this Court, on August 16, 2007, ordered the parties to complete either mediation or a settlement conference with a magistrate judge by December 21, 2007; and

    B.    Whereas the parties are committed to participating in a good-faith mediation of this action; and

B.  Whereas the parties have agreed to mediate this action before Mr. Mark Rudy, Esq.; and

C.  Whereas January 7, 2008 is the first available date on which all required mediation participants *and* Mr. Rudy are available for the mediation of this action;

OLSON, TANDBERG, and LME ERICSSON STIPULATE AND AGREE AS FOLLOWS:

1.  They shall participate in the mediation of this action; and

2.  The date for the completion of this mediation, upon approval by this Court, shall be extended from December 21, 2007 to January 7, 2008; and

**IT IS SO STIPULATED.**

Date:  ___10/18___, 2007

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: __/s/ Geoffrey M. Hash__
    Geoffrey M. Hash

Attorneys for Defendants
TANDBERG TELEVISION, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON

Date:  _____, 2007

McGuinn, Hillsman & Palefsky

By: _____
    Cliff Palefsky
    Keith Ehrman
Attorneys for Plaintiff
James Olson

**IT IS SO ORDERED.**

Date:  _____, 2007

_____
Phyllis J. Hamilton
Judge of the United States District Court

B.  Whereas the parties have agreed to mediate this action before Mr. Mark Rudy, Esq.; and

C.  Whereas January 7, 2008 is the first available date on which all required mediation participants *and* Mr. Rudy are available for the mediation of this action;

OLSON, TANDBERG, and LME ERICSSON STIPULATE AND AGREE AS FOLLOWS:

1.  They shall participate in the mediation of this action; and

2.  The date for the completion of this mediation, upon approval by this Court, shall be extended from December 21, 2007 to January 7, 2008; and

**IT IS SO STIPULATED.**

Date: _____, 2007

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: _____
Geoffrey M. Hash

Attorneys for Defendants
TANDBERG TELEVISION, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON

Date: 10/18/, 2007

McGuinn, Hillsman & Palefsky

By: _____
Cliff Palefsky
Keith Ehrman
Attorneys for Plaintiff
James Olson

IT IS SO ORDERED.

Date: _____, 2007

_____
Phyllis J. Hamilton
Judge of the United States District Court

2
STIP AND [PROPOSED] ORDER RE: MEDIATION CONTINUANCE
CASE NO.: C07-02480 PJH