```
STEPHEN J. HIRSCHFELD (SBN 118068)
GEOFFREY M. HASH (SBN 227223)
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443
shirschfeld@cdhklaw.com
ghash@cdhklaw.com
```

Attorneys for Defendants
TANDBERG TELEVISION, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| JAMES OLSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TANDBERG TELEVISION, INC., a corporation, and TELEFONAKTIEBOLAGET LM ERICSSON, a corporation.<br><br>　　　　　Defendants. | Case No.  C07-02480 PJH<br><br>E-FILING CASE<br><br>**STIPULATION AND [PROPOSED] ORDER: CONTINUANCE OF THE CURRENT DEADLINE (JANUARY 7, 2008) FOR THE COMPLETION OF MEDIATION** |

　　　　This Stipulation is entered into by and between Plaintiff James Olson ("Olson") and Defendants Tandberg Television, Inc. ("TANDBERG") and Telefonaktiebolaget LM Ericsson ("LM Ericsson") through their respective counsel.  Olson, TANDBERG, and LM Ericsson are also referred to in this Stipulation and [Proposed] Order as the "parties" or a "party."

　　A.　　Whereas this Court, on August 16, 2007, initially ordered the parties to complete either mediation or a settlement conference with a magistrate judge by December 21, 2007; and

　　B.　　Whereas the Court, on October 19, 2007, granted the Parties request for an extension

of this initial December 21, 2007 deadline to January 7, 2008; and

C. Whereas the parties are committed to participating in a good-faith mediation of this action; and

D. Whereas the parties have agreed to mediate this action before Mr. Mark Rudy, Esq.; and

E. Whereas Olson has stated that he would like to take the deposition of Tandberg CEO Eric Cooney before mediating this action; and

F. Whereas Mr. Cooney's deposition was scheduled to be completed during December 2007 but needs to be delayed until all relevant documents have been produced and reviewed prior to this deposition; and

G. Whereas Defendants have already produced more than 8,000 documents and the parties have been working diligently trying to resolve discovery issues surrounding the production of many more thousands of documents and that this has been complicated by the difficulty in retrieving certain documents because one of the co-defendants, Telefonaktiebolaget LM Ericsson is based in Europe; and

H. Whereas the parties have both agreed to schedule Mr. Cooney's deposition on February 13, 2008 in Atlanta, GA since this would be the earliest time that would allow the parties to resolve all discovery disputes and exchange additional documents; and

I. Whereas March 25, 2008 is the first available date on which all required mediation participants *and* Mr. Rudy are available for the mediation of this action following Mr. Cooney's deposition;

OLSON, TANDBERG, and LM ERICSSON STIPULATE AND AGREE AS FOLLOWS:

1. They shall participate in the mediation of this action; and
2. The date for the completion of this mediation, upon approval by this Court, shall be extended from January 7, 2008 to March 25, 2008.

///

2

STIP AND [PROPOSED] ORDER RE: MEDIATION CONTINUANCE (FURTHER)
CASE NO.: C07-02480 PJH

**IT IS SO STIPULATED.**

Date: __12-7__, 2007

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: _____
Stephen J. Hirschfeld

Attorneys for Defendants
TANDBERG TELEVISION, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON

Date: __12·6__, 2007

McGuinn, Hillsman & Palefsky

By: _____
Cliff Palefsky
Keith Ehrman
Attorneys for Plaintiff
James Olson

**IT IS SO ORDERED.**

Date: _____, 2007

_____
Phyllis J. Hamilton
Judge of the United States District Court

STIP AND [PROPOSED] ORDER RE: MEDIATION CONTINUANCE (FURTHER)
CASE NO.: C07-02480 PJH