UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: January 10, 2008                           JUDGE: Phyllis J. Hamilton

Case No: C-07-2480 PJH

Case Name: James Olson v. Tandberg Television, Inc., et al.

Attorney(s) for Plaintiff:     Cliff Palefsky
Attorney(s) for Defendant:     Geoffrey M. Hash

**Deputy Clerk**: Nichole Heuerman              **Court Reporter**: Not Reported

PROCEEDINGS

Further Case Management Conference-Held. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Private Mediation to be completed by 3/25/08.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:**   4/30/08
**Expert disclosure: 3/31/08**
**Expert discovery cutoff: 4/30/08**
**Dispositive Motions heard by: 6/25/08**
**Pretrial Conference:   10/2/08 at 2:30 p.m.**
**Trial: 10/27/08  at  8:30 a.m., for 6 days, by [x] Jury  [] Court**

**Order to be prepared by:**  [] Pl [] Def  [x] Court

**Notes:**

**cc: file**