1  Cliff Palefsky, Esq. (State Bar No. 77683)
2  Keith Ehrman, Esq. (State Bar No. 106985)
   McGUINN, HILLSMAN & PALEFSKY
3  535 Pacific Avenue
   San Francisco, CA 94133
4  Tel:   (415) 421-9292
   Fax:   (415) 403-0202
5
6  Attorneys for Plaintiff
   JAMES OLSON
7
   Stephen J. Hirschfeld (SBN118068)
8  Geoffrey M. Hash (SBN 227223)
   Curiale Dellaverson Hirschfeld & Kraemer, LLP
9  727 Sansome Street
   San Francisco, CA 94111
10 Telephone: (415) 835-9000
   Facsimile: (415) 834-0443
11
12 Attorneys for Defendants
   TANDBERG TELEVISION, INC. and
13 TELEFONAKTIEBOLAGET LM ERICSSON
14
15
                 UNITED STATES DISTRICT COURT
16
                 NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| JAMES OLSON, | Case No. C07-02480 EDL |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| TANDBERG TELEVISION, INC., a corporation, and TELEFONAKTIEBOLAGET LM ERICSSON, a corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with

---
STIPULATION OF DISMISSAL                                                          1

1  prejudice pursuant to FRCP 41(a)(1).

|     |                          |                                                                                   |
|-----|--------------------------|-----------------------------------------------------------------------------------|
|     |                          | McGUINN, HILLSMAN & PALEFSKY<br>Attorneys for Plaintiff, JAMES OLSON              |
|     | Dated: March 27, 2008    | By: _____<br>Keith Ehrman                              |
|     |                          | CURIALE DELLAVERSON<br>HIRSCHFELD & KRAEMER, LLP<br>Attorneys for Defendants, TANDBERG TELEVISION, INC. |
|     | Dated: March 27, 2008    | By: _____<br>Stephen Hirschfeld<br>Geoffrey M. Hash   |
|     |                          | CURIALE DELLAVERSON<br>HIRSCHFELD & KRAEMER, LLP<br>Attorneys for Defendants,<br>TELEFONAKTIEBOLAGET LM ERICSSON |
|     | Dated: March 27, 2008    | By: _____<br>Stephen Hirschfeld<br>Geoffrey M. Hash   |

prejudice pursuant to FRCP 41(a)(1).

                              McGUINN, HILLSMAN & PALEFSKY
                              Attorneys for Plaintiff, JAMES OLSON

Dated: March 27, 2008                By: _____/s/_____
                                                        Keith Ehrman


                              CURIALE DELLAVERSON
                              HIRSCHFELD & KRAEMER, LLP
                              Attorneys for Defendants, TANDBERG
                              TELEVISION, INC.

Dated: March 27, 2008                By: _____/s/_____
                                                        Stephen Hirschfeld
                                                        Geoffrey M. Hash


                              CURIALE DELLAVERSON
                              HIRSCHFELD & KRAEMER, LLP
                              Attorneys for Defendants,
                              TELEFONAKTIEBOLAGET LM
                              ERICSSON

Dated: March 27, 2008                By: _____/s/_____
                                                        Stephen Hirschfeld
                                                        Geoffrey M. Hash