Cliff Palefsky, Esq. (State Bar No. 77683)
Keith Ehrman, Esq. (State Bar No. 106985)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Tel:  (415) 421-9292
Fax:  (415) 403-0202

Attorneys for Plaintiff
JAMES OLSON

Stephen J. Hirschfeld (SBN118068)
Geoffrey M. Hash (SBN 227223)
Curiale Dellaverson Hirschfeld & Kraemer, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendants
TANDBERG TELEVISION, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLSON,<br><br>    Plaintiff,<br><br>v.<br><br>TANDBERG TELEVISION, INC., a corporation, and TELEFONAKTIEBOLAGET LM ERICSSON, a corporation,<br><br>    Defendants. | Case No. C07-02480 EDL<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with

---

STIPULATION OF DISMISSAL                                                                                         1

1 | prejudice pursuant to FRCP 41(a)(1).

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff, JAMES OLSON

Dated: March 27, 2008

By: _____
Keith Ehrman

CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
Attorneys for Defendants, TANDBERG
TELEVISION, INC.

Dated: March 27, 2008

By: _____
Stephen Hirschfeld
Geoffrey M. Hash

CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
Attorneys for Defendants,
TELEFONAKTIEBOLAGET LM
ERICSSON

Dated: March 27, 2008

By: _____
Stephen Hirschfeld
Geoffrey M. Hash

prejudice pursuant to FRCP 41(a)(1).

                        McGUINN, HILLSMAN & PALEFSKY
                        Attorneys for Plaintiff, JAMES OLSON

Dated: March 27, 2008          By: _____/s/_____
                                     Keith Ehrman

CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
Attorneys for Defendants, TANDBERG
TELEVISION, INC.

Dated: March 27, 2008          By: _____/s/_____
                                     Stephen Hirschfeld
                                     Geoffrey M. Hash

CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
Attorneys for Defendants,
TELEFONAKTIEBOLAGET LM
ERICSSON

Dated: March 27, 2008          By: _____/s/_____
                                     Stephen Hirschfeld
                                     Geoffrey M. Hash

4/9/08

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*